FLORENCE MAY WALTERS, Appellant, v. GRACE MELICK, Defendant, and HARRY C. W. MELICK, Respondent.— Order modified by striking therefrom items 11, 14 and 22 and by striking from item 15 the requirement that plaintiff give the name of the person or persons whom, she claims, defendant Harry C. W. Melick assisted in the alleged enticement. As so modified the order is affirmed, without costs; the bill of particulars to be served within five days from date of entry of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

ZENNER TRUCKING CORPORATION, Appellant, v. FLOWER TRUCKING CO., INC., Respondent.— Order vacating judgment, opening default, allowing defendant to interpose an answer and consolidating actions affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper and Hagarty, JJ., concur; Tompkins, J., not voting.

EDMUND W. LOHSE, Appellant, v. DOLLY F. LOHSE, Respondent.— Order modified by reducing the amount of alimony to four dollars a week, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

ADAIR COWAN ANDERSON, Respondent, v. THE DIME SAVINGS BANK OF BROOKLYN, Defendant; ALBERT E. ANDERSON, Appellant.—Application denied, with ten dollars costs. The Appellate Term had jurisdiction though only two justices thereof participated in the determination. (Const. art. VI, § 3.) Other points raised have been considered but do not warrant a further appeal. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

DOROTHY DAAB, by FREDERICK F. P. DAAB, Her Guardien ad Litem, Respondent, v. FRANCIS McDERMOTT, Appellant.— Motion for reargument granted. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ. On reargument, the decision of this court handed down on April 29, 1932 [235 App. Div. 816], is hereby amended to read as follows: Order of April 16, 1931, denying defendant's motion to require plaintiff, by her attorney, to satisfy of record a certain judgment, and order of April 16, 1931, granting plaintiff's motion to issue execution upon said judgment affirmed, without costs. Order of June 3, 1931, granting plaintiff's motion for reargument, and on reargument modifying the order of April 16, 1931, granting plaintiff's motion to issue execution, modified by providing that the total for which execution may issue shall be $2,071.35 instead of $2,732.19, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.